# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-01-00244-CV

**Christopher Ologban and Ruth Ologban, Appellants**

**v.**

**Texas Department of Protective and Regulatory Services, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT
### NO. FM006528, HONORABLE F. SCOTT MCCOWN, JUDGE PRESIDING

On May 10, 2001, appellants Christopher and Ruth Ologban filed a notice of appeal. On July 7, 2001, after the district clerk informed this Court that appellants had not made arrangements to pay for the record, this Court requested that appellants make payment arrangements with the district clerk or the appeal would be dismissed for want of prosecution. On October 9, this Court had not received the clerk's record and this Court's Deputy Clerk telephoned appellants' attorney inquiring about the status of the appeal. The Clerk was informed by the attorney that a motion to dismiss the appeal was being sent to this Court. On December 11, this Court's Clerk's office had not received a motion to dismiss the appeal and left a voice mail that requested appellant's attorney to provide the Court with information regarding the status of the motion to dismiss or payment arrangements for the clerk's record. On December 13, this Court, by letter, requested

appellant's attorney to respond by December 27 regarding the status of the appeal or the appeal would be dismissed for want of prosecution.

As the Court has not received a response, the appeal is dismissed for want of prosecution.

_____

David Puryear, Justice

Before Chief Justice Aboussie, Justices B. A. Smith and Puryear

Dismissed for Want of Prosecution

Filed:   January 31, 2002

Do Not Publish

2